[No. 31623-4-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY DALE SMATHERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01333-9, Stephanie A. Arend, J., entered April 2, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 28436-7-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. PETERSCHICK, *Appellant*.

*In the Matter of the Detention of* JAMES A. PETERSCHICK.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-02367-3, Christine A. Pomeroy, J., entered February 21, 2002. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 28975-0-II. Division Two. February 23, 2005.]

DAVID L. TODD ET AL., *Respondents*, v. M. KATHLEEN PURVIS ET AL., *Appellants*, RICHARD C. INGRAHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-01532-2, Karen B. Conoley, J., entered June 18, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.